The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DANIEL J. STEVENS, | |
| Plaintiff, | Case No. C09-702-JCC |
| v. | **ORDER REVERSING AND REMANDING CASE FOR FURTHER PROCEEDINGS** |
| MICHAEL ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation.

(2) The Commissioner's decision is REVERSED and the case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

//

//

ORDER - 1

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 10th day of March, 2010.

JOHN C. COUGHENOUR  
United States District Judge

ORDER - 2